478

Before the First Division (Tilson, J., specially assigned). November 28, 1939

No. 42683.—Protest 975930–G of Mogi, Momonoi & Co., Inc. (New York).

Opinion by Tilson, J.    It was agreed that the figures are similar to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713). The claim as manufactures of plaster of paris at 35 percent under paragraph 205 was therefore sustained.

No. 42684.—Protests 975178–G, etc., of Katagiri Bros. et al. (New York).

Opinion by Tilson, J.    Microscope sets similar to those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) were held dutiable at 45 percent under paragraph 228 (b) as claimed.

No. 42685.—Protest 942676–G of General Concessions Corp. (Cleveland).

Opinion by Tilson, J.    On the record presented the imitation metal watches were held dutiable at 45 percent under paragraph 397 as claimed. Abstract 41640 followed. As to the other items the protest was overruled.

No. 42686.—Protest 811676–G of S. H. Kress & Co. (San Francisco).

Opinion by Tilson, J.    The record showed that the merchandise is similar to that the subject of Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.

No. 42687.—Protests 743585–G, etc., of M. A. Henry Co., Inc. (New York).

Opinion by Tilson, J.    In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) and Abstract 21582 the beach balls and table tennis in question were held dutiable at 30 percent under paragraph 1502 as claimed.

Before the Second Division, November 29, 1939

No. 42688.—Protests 882549–G, etc., of Agfa Ansco Corp. et al. (New York).

Opinion by Kincheloe, J.    It was stipulated that the merchandise consists of metal film pack parts the same as those the subject of *American Express Co.* v. *United States* (C. D. 114). The claim at 20 percent under paragraph 1551 was therefore sustained.